

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Aaron Caleb Swenson, Appellant

No. 06-21-00126-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 20F0505-102). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to add Section 19.03 of the Texas Penal Code, the statute for capital murder, to describe what offense Swenson attempted. As modified, we affirm the judgment of the trial court.

We note that the appellant, Aaron Caleb Swenson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 10, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk